UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          -against-<br><br>TOP DOG PLUMBING & HEATING CORP.,<br><br>                    Defendant. | 26-CV-1002 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff selected White Plains as the courthouse assignment for this matter. ECF No. 4.

Plaintiff is directed to consult the Rules for the Division of Business Among District Judges –

Southern District of New York and file a letter, no later than February 13, 2026, explaining the

basis for this selection.

Dated:  February 6, 2026
          White Plains, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge