UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMGUARD INSURANCE COMPANY,
Plaintiff,

-against-

TOP DOG PLUMBING & HEATING CORP.,
Defendant.

26-CV-1002 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Seeing as the 12 pm deadline has passed and the Court has not heard from the parties, the Court will expect the hearing to go forward as scheduled at 5 pm, per the Court's order yesterday. Dkt. 27. Defendant's lead counsel and chief decisionmaker must appear for the hearing personally in Courtroom 15A. Plaintiff's counsel may appear in person or remotely. If Plaintiff's counsel plans on appearing remotely, please notify the Court so that the Court can circulate a dial-in.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge